JORGE DIAZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED

                      Plaintiff(s)

- against -

Index # 07 CV 10390 (BUCHWALD)

ADVANCE TRANSIT CO., INC.

Purchased November 16, 2007

                      Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 29, 2007 at 10:45 AM at

1340 LAFAYETTE AVE.
BRONX, NY 10474

deponent served the within SUMMONS AND COMPLAINT on ADVANCE TRANSIT CO., INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to KENNY BARRETT personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK/GRAY | 57 | 5'8 | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 29, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**WILLIAM MORRISON**
License #: 870436
Invoice #: 452292

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728