LAW OFFICES OF
ROBERT L. KRASELNIK, PLLC
Robert L. Kraselnik (RK 0684)
40 Wall Street, 28th Floor
New York, NY 10005
Tel.: 212-400-7160
Fax: 212-400-7162

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JORGE DIAZ, on behalf of himself and
all other persons similarly situated

       Plaintiff,

  v.

ADVANCE TRANSIT CO., INC.

       Defendant.

Case No.: 07 CV 10390

**NOTICE OF FILING**
**CONSENT TO SUE**

---

### PLAINTIFF'S JANUARY 2, 2008 NOTICE OF FILING CONSENTS

Pursuant to 29 U.S.C. § 216(b), the following individual(s) herby submit a written notice of consent:

1.    Katiria Rodriguez

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Advance Transit Co., Inc. and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Contract for Legal Services signed by the named plaintiff in this case.

_Katiria Rodriguez_
Full Legal Name (Print)

_Katiria Rodriguez_
Signature

_1-2-2008_
Date

_855 Cauldwell Ave_
_#1A_
_Bronx, N.Y. 10456_

Mailing Address (Print)