LAW OFFICES OF
ROBERT L. KRASELNIK, PLLC
Robert L. Kraselnik (RK 0684)
40 Wall Street, 28th Floor
New York, NY 10005
Tel.: 212-400-7160
Fax: 212-400-7162

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JORGE DIAZ, on behalf of himself and
all other persons similarly situated

        Plaintiff,

    v.

ADVANCE TRANSIT CO.,  INC.

        Defendant.

---

Case No.: 07 CV 10390

**NOTICE OF FILING**
**CONSENT TO SUE**

**PLAINTIFF'S JANUARY 3, 2008 NOTICE OF FILING CONSENTS**

Pursuant to 29 U.S.C. § 216(b), the following individual(s) herby submit a written notice of consent:

1.    Larry Brown

01-02-08;03:39PM;

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Advance Transit Co., Inc. and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Contract for Legal Services signed by the named plaintiff in this case.

LARRY BROWN
Full Legal Name (Print)

*Larry Brown*
Signature

1-3-8
Date

433A Howe Ave 2nd Floor
Bronx , New York 10473

Mailing Address (Print)