LAW OFFICES OF
# ROBERT L. KRASELNIK, PLLC
40 WALL STREET, 28TH FLOOR
NEW YORK, NY 10005
212-400-7160

robert@kraselnik.com
www.kraselnik.com

DIRECT: 212-400-7161
FAX: 212-400-7162

February 21, 2008

Honorable Judge Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 2270
New York, NY 10007

   Re: Diaz, et al. v. Advance Transit Co,, Inc.
     07-CV-10390 (NRB)

Dear Honorable Judge Buchwald:

  This firm represents the plaintiffs, Jorge Diaz, et al., in this matter. The parties are nearing an amicable resolution of this matter, and with the consent of defendant's counsel, we respectfully write to request an extension of time for the defendant to respond to the Complaint.

  The parties are in substantial agreement regarding the merits of the case, and are now in the process of analyzing the actual hours worked by plaintiffs in order to achieve a fair settlement the matter. In that regard, defendant's counsel has compiled all of the requisite documentation reflecting hours worked by the plaintiffs in this case. This documentation is currently being reviewed by defendant's accountant.

  Accordingly, the parties respectfully request an extension of time until March 22, 2008 for the defendant to respond to the Complaint. This is the first request for an extension. A stipulation is attached.

              Respectfully submitted,

              Robert L. Kraselnik

cc: Annette Lanteri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE DIAZ, on behalf of himself and
all other persons similarly situated

        Plaintiff,

v.

ADVANCE TRANSIT CO., INC.

        Defendant.

Case No.: 07 CV 10390

STIPULATION AND ORDER

---

    IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the time for Defendant ADVANCE TRANSIT CO., INC. ("Advance Transit") to respond to the Complaint dated November 14, 2007 in the above-captioned action is hereby extended to ~~January 22,~~ MARCH 22, 2008. This is Advance Transit's first request for an extension.

By: _____  
Robert L. Kraseinik (RK 0684)

*Attorneys for Plaintiff*  
JORGE DIAZ, et al.

By: _____  
Annette Lanteri

*Attorneys for Defendant*  
ADVANCE TRANSIT CO., INC.

**SO ORDERED:**

_____  
U.S.D.J.

Dated: _____, 2007