UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JORGE DIAZ, on behalf of himself and
all other persons similarly situated

        Plaintiff,

v.

ADVANCE TRANSIT CO., INC.

        Defendant.

Case No.: 07 CV 10390

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the time for Defendant ADVANCE TRANSIT CO., INC. ("Advance Transit") to respond to the Complaint dated November 14, 2007 in the above-captioned action is hereby extended to MARCH 22, ~~January 22,~~ 2008. This is Advance Transit's first request for an extension.

By: _____
Robert L. Kraselnik (RK 0684)

Attorneys for Plaintiff
JORGE DIAZ, et al.

By: _____
Annetta Lanteri

Attorneys for Defendant
ADVANCE TRANSIT CO., INC.

SO ORDERED:

_____
U.S.D.J.

Dated: ~~February~~ 25, 2007