

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE DIAZ, on behalf of himself and
all other persons similarly situated

        Plaintiff,

v.

ADVANCE TRANSIT CO., INC

        Defendant

---

Case No.: 07 CV 10390 (NRB)

NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)(i)

    **PLEASE TAKE NOTICE** that the claims of plaintiffs, Jorge Diaz, Larry Brown and Katiria Rodriguez, are hereby dismissed without prejudice in their entirety as against the defendant, ADVANCE TRANSIT CO., INC. pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), without costs or attorneys' fees to any party.

Dated: March 30, 2008
       New York, New York

                      LAW OFFICES OF
                      ROBERT L. KRASELNIK, PLLC
                      Attorneys for Plaintiff
                      40 Wall Street, 28th Floor
                      New York, NY 10005
                      Phone: (212) 400-7160

                      Robert L. Kraselnik (RK 0684)

SO ORDERED:
          U.S.D.J.
          3/31/08

1